JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AMBER PINHERO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY; and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No: 5:23-cv-00101-SSS-SPx<br>Assigned to: Hon. Sunshine S. Sykes<br>Dept.: Courtroom 2<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Having considered the parties' Stipulation for Dismissal with Prejudice of Entire Action, and good cause appearing therefor,

IT IS ORDERED that the Stipulation is granted and this matter is hereby dismissed with prejudice, with each party to pay its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 10, 2023

*[signature]*

Sunshine S. Sykes
United State District Judge